JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID SABINO QUAIR III, <br>               Plaintiff, <br>          v. <br> CDCR-HQ, et al., <br>               Defendants. | Case Nos. 5:18- 595 PSG (ADS); 5:19-0022 PSG (ADS); 5:19-0085 PSG (ADS); 5:19-0087 PSG (ADS); 5:19-0093 PSG (ADS); 5:19-00454 PSG (ADS); 5:19-00587 PSG (ADS); 5:19-00607 PSG (ADS); 5:19-00699 PSG (ADS); 5:19-00750 PSG (ADS); 5:19-00768 PSG (ADS); 5:19-00769 PSG (ADS); 5:19-00774 PSG (ADS); 5:19-00776 PSG (ADS); 5:19-00782 PSG (ADS); 5:19-00783 PSG (ADS); 5:19-00786 PSG (ADS); 5:19-00791 PSG (ADS); 5:19-1149 PSG (ADS) <br><br> **ORDER CLOSING CASES** |

In light of the filing of Plaintiff's Consolidated Complaint on December 27, 2019, [Dkt. No. 29], and pursuant to the Order Consolidating Cases issued on July 11, 2019 [Dkt. No. 18], the Clerk of Court is directed to close all of the above-captioned cases except for Case No. 5:18-cv-2595 PSG (ADS).

**IT IS SO ORDERED.**

Dated: 1/6/20

_____
THE HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Presented by:

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge